IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRELL SMITH                                                                                              PLAINTIFF

V.                                    NO.  4:09-cv-00767 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice.

IT IS SO ORDERED this 25th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE